UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-11439-RGS

IVAN J. TURRENTINE

v.

THE COLLIER COUNTY JAIL

ORDER

June 29, 2023

Ivan J. Turrentine, while in custody at the Collier County Jail in Seminole, Florida and proceeding *pro se*, filed a one-page pleading that opens by stating that his "name is allegedly Ivan J. Turrentine." Doc. No. 1. He then provides his social security number and states that he "did not sign for this contract." *Id.* He states that he is claiming himself "as a sovereign citizen." *Id.* Turrentine states that he has asked his "kidnapper & commander under what law they are operating." *Id.*

The court construes the initiating pleading as a petition for writ of habeas corpus, and as such, the court lacks jurisdiction because Turrentine is not confined in the District of Massachusetts, but rather in the Middle District of Florida. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) (holding that habeas corpus jurisdiction lies in district of confinement); 28

U.S.C. §2241(a)  ("Writs of habeas corpus may be granted by…the district court[]…within [its]…jurisdiction[]").  Because this court lacks jurisdiction over the petition, "the court shall, if it is in the interest of justice, transfer such action … to any other such court in which the action … could have been brought at the time it was filed." 28 U.S.C. § 1631.  The court rules that it is not in the interest of justice to transfer this petition.

Accordingly, the petition is DENIED and the action is DISMISSED for lack of jurisdiction.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE